IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>AURELIA SKIPWITH et al.,<br><br>    Defendants. | CV 20–97–M–DLC<br><br><br>ORDER |

  Plaintiff Wildearth Guardians moves for the admission of John R. Mellgren to practice before this Court in this case with Sarah McMillan of Wildearth Guardians to act as local counsel. The application appears to be in order.

  Accordingly, IT IS ORDERED that Plaintiff's motion to admit John R. Mellgren pro hac vice (Doc. 4) is GRANTED on the condition that Mr. Mellgren does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

  IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Mellgren, within fifteen days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 6th day of July, 2020.

                                                    Dana L. Christensen, District Judge
                                                   United States District Court