IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS et al.,<br><br>                   Plaintiffs,<br><br>vs.<br><br>AURELIA SKIPWITH et al.,<br><br>                   Defendants. | CV 20–97–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' Joint Motion for Extension of Deadline for Parties' Case Management Plan. (Doc. 16.) The parties request a brief extension of their December 22, 2020 deadline for submitting a case management plan as they near settlement. (*Id.*)

IT IS ORDERED that the Motion (Doc. 16) is GRANTED. The parties shall have until February 5, 2021 to file their case management plan.

DATED this 21st day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court