MARK SMITH, Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Tel: (406) 247-4667; Fax: (406) 657-6058
E-mail: mark.smith3@usdoj.gov

JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief
MICHELLE M. SPATZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741; Fax: (202) 305-0275
E-mail: michelle.spatz@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, a non-profit organization; and WILDERNESS WORKSHOP, a non-profit organization;<br><br>*Plaintiffs*,<br><br>v.<br><br>MARTHA WILLIAMS, in her official capacity as Principal Deputy Director of the United States Fish and Wildlife Service; and UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency;<br><br>*Federal Defendants*. | Case No. 9:20-cv-00097-DLC<br><br>**JOINT STATUS REPORT AND MOTION TO AMEND THE SCHEDULING ORDER** |

Per the Court's February 2, 2021 Order (ECF No. 19), Plaintiffs, WildEarth Guardians and Wilderness Workshop, and Federal Defendants, Martha Williams and the United States Fish and Wildlife Service, jointly submit the following Joint Status Report and Motion to Amend the Scheduling Order.

## JOINT STATUS REPORT

Under the Court's Scheduling Order (ECF No. 19), June 1 is the deadline "for the parties' status update, including deadline to request extension of summary judgment briefing schedule if a motion challenging the administrative record is forthcoming." In accordance with the Court's Order, the parties report that they have conferred regarding the administrative record and need additional time to resolve issues related to the record.

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties respectfully request to amend the deadlines set forth in the Court's Scheduling Order (ECF No. 19) to allow sufficient time to resolve issues related to the administrative record, including Plaintiffs' need for additional time to complete their review of documents obtained through the Freedom of Information Act. The parties have conferred and agree that the following amended deadlines would accommodate their needs:

> Deadline for the parties' status update
> on whether a motion challenging the
> administrative record is forthcoming,

| | |
|---|---|
| including deadline to request extension of summary judgment briefing schedule if such a motion is forthcoming: | July 2, 2021 |
| Deadline for motion to supplement or challenge the administrative record: | July 16, 2021 |
| Plaintiffs' motion for summary judgment and brief in support (limited to 6,500 words): | July 16, 2021 |
| Federal Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment (limited to 6,500 words): | August 13, 2021 |
| Plaintiffs' combined response to Federal Defendants' cross-motion for summary judgment and reply in support of their motion for summary judgment (limited to 3,250 words): | September 10, 2021 |
| Federal Defendants' reply in support of their cross-motion for summary judgment (limited to 3,250 words): | October 8, 2021 |

Accordingly, Plaintiffs and Federal Defendants jointly request that the deadlines in the Court's February 2, 2021 Order (ECF No. 19) be amended as set forth above.

Dated:  May 24, 2021                    Respectfully submitted,


JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Michelle M. Spatz*
MICHELLE M. SPATZ, Trial Attorney
(D.C. Bar No. 1044400)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
michelle.spatz@usdoj.gov

*Counsel for Federal Defendants*

*/s/ John R. Mellgren*
John R. Mellgren, *pro hac vice*
(Oregon Bar # 114620)
Western Environmental Law Center
120 Shelton McMurphey Blvd.
Suite 340
Eugene, OR 97401
mellgren@westernlaw.org

*Counsel for Plaintiffs*

Case 9:20-cv-00097-DLC   Document 21   Filed 05/24/21   Page 5 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I electronically filed and served the foregoing Joint Status Report and Motion to Amend the Scheduling Order on all counsel of record via the CM/ECF system.

/s/ Michelle M. Spatz
MICHELLE M. SPATZ, Trial Attorney
D.C. Bar No. 1044400
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741; Fax: (202) 305-0275
E-mail: michelle.spatz@usdoj.gov

*Attorneys for Federal Defendants*