IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARTHA WILLIAMS, et al., <br><br> Defendants. | CV 20–97–M–DLC <br><br><br><br> ORDER |

Before the Court is the parties' Joint Motion for Stay. (Doc. 32.) The Motion states that the parties are engaged in renewed settlement discussions and agree that a stay of this litigation until March 1, 2022 will allow sufficient time to determine whether the case can be resolved without further litigation. (*Id.* at 2.) The parties therefore request that the Court stay this litigation until March 1, 2022 and vacate all remaining deadlines in the Court's September 14, 2021 scheduling order. (*Id.*)

Accordingly, IT IS ORDERED that the Motion (Doc. 32) is GRANTED. This litigation is stayed until March 1, 2022, and all remaining deadlines set forth in the Court's September 14, 2021 scheduling order (Doc. 31) are VACATED.

IT IS FURTHER ORDERED that on March 1, 2022, the parties shall file either:

1

(a) notice that an agreement has been reached and a proposed settlement agreement for the Court's review and approval;

(b) notice that the parties need an additional 30-day stay to explore and/or finalize settlement; or

(c) notice that settlement could not be reached and a proposed new scheduling order for briefing the matter on summary judgment.

DATED this 14th day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court