IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | |
| Plaintiffs, | CV 20–97–M–DLC |
| vs. | |
| MARTHA WILLIAMS, et al., | ORDER |
| Defendants. | |

Before the Court is the parties' Joint Status Report and Motion to Extend Stay. (Doc. 34.) The joint status report states that the parties have reached a settlement agreement in principle to resolve the claim at issue in this case, and the motion requests an extension of the stay of this litigation through April 1, 2022 to allow time to finalize the settlement agreement and obtain necessary approvals.

Accordingly, IT IS ORDERED that the motion (Doc. 34) is GRANTED. This litigation is stayed until April 1, 2022.

IT IS FURTHER ORDERED that on or before April 1, 2022, the parties shall file either:

(a) a proposed settlement agreement for the Court's review and approval;

(b) notice that the parties need an additional 30-day stay to finalize settlement; or

1

(c) notice that settlement could not be finalized and a proposed new scheduling

order for briefing the matter on summary judgment.

DATED this 28th day of February, 2022.

Dana L. Christensen, District Judge
United States District Court

2