IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., Plaintiffs, vs. MARTHA WILLIAMS, et al., Defendants. | CV 20–97–M–DLC ORDER |

Before the Court is the parties' Joint Motion for Adoption of Parties' Stipulated Settlement Agreement. (Doc. 38.) The Court has reviewed the motion, including the Stipulated Settlement Agreement, and approves the parties' settlement.

Accordingly, IT IS ORDERED that the motion (Doc. 38) is GRANTED, and the terms and conditions of the Stipulated Settlement Agreement are adopted as an enforceable Order of the Court.

IT IS FURTHER ORDERED that Plaintiffs' complaint is DISMISSED WITH PREJUDICE. Notwithstanding this dismissal, the Court will retain jurisdiction to enforce the terms of the Stipulated Settlement Agreement, to resolve any motions to modify the Agreement's terms, and to adjudicate any joint or

1

contested motions concerning attorneys' fees and costs as described in paragraph 13 of the Agreement.

DATED this 25th day of April, 2022.

_____
Dana L. Christensen, District Judge
United States District Court