IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>MARTHA WILLIAMS, et al.,<br><br>  Defendants. | CV 20–97–M–DLC<br><br><br><br>ORDER |

Before the Court is the parties' Joint Motion to Stay Briefing on Plaintiffs' Motion for Attorneys' Fees and Costs. (Doc. 42.) The motion requests a 90-day stay of briefing, until August 23, 2022, on Plaintiffs' motion for attorneys' fees and costs (Doc. 40) to allow the parties time to explore settlement. (Doc. 42 at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 42) is GRANTED. Briefing on Plaintiffs' motion for attorneys' fees and costs is stayed for 90 days.

IT IS FURTHER ORDERED that on or before August 23, 2022, the Parties shall: (1) request an extension of the stay to continue settlement negotiations; (2) inform the Court that a settlement has been reached and file a stipulated agreement reflecting that agreement; or (3) inform the Court that a stipulated agreement could not be reached and propose a briefing schedule for resolving Plaintiffs' motion.

1

DATED this 26th day of May, 2022.

_____
Dana L. Christensen, District Judge
United States District Court