IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARTHA WILLIAMS, et al., <br><br> Defendants. | CV 20–97–M–DLC <br><br><br> ORDER |

Before the Court is the parties' Joint Motion for Adoption of Parties' Stipulated Settlement Agreement on Plaintiffs' Motion for Attorneys' Fees and Costs. (Doc. 49.) The motion informs the Court that the parties have reached a stipulated agreement on Plaintiffs' motion for attorneys' fees and costs (Doc. 40) and requests that the Court adopt and approve the agreement. (Doc. 49 at 1.)

Accordingly, IT IS ORDERED that the motion (Doc. 49) is GRANTED. The parties' Stipulated Settlement Agreement on Plaintiffs' Motion for Attorneys' Fees and Costs (*id.*) is ADOPTED.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 40) is DENIED as moot, and all associated deadlines are VACATED.

DATED this 21st day of November, 2022.

/s/ Dana L. Christensen
_____
Dana L. Christensen, District Judge
United States District Court